George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Jenny Villeta*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jenny Villeta,<br><br>  Plaintiff,<br>  v.<br><br>UHG I LLC,<br><br>  Defendant. | Case No.: 2:23-cv-01783<br><br>**Stipulation for dismissal of UHG I LLC with prejudice.** |

    Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jenny Villeta and UHG I LLC stipulate to dismiss Plaintiff's claims against UHG I LLC with prejudice.

///
///
///
///
///
///
///
///

_____

STIPULATION      - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 1, 2024.

**FREEDOM LAW FIRM**

/s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff Jenny Villeta*

**LIPPES MATHIAS LLP**

/s/ *Brendan H. Little*
Brendan H. Little, Esq.
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
*Counsel for UHG I LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 3, 2024

STIPULATION                - 2 -